# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER OCASIO,  )  | 3:08-CV-0547-BES (RAM) |
| Plaintiff,  )  | **MINUTES OF THE COURT** |
| vs.  )  | May 5, 2009 |
| DAVID ROGER, et al.,  )  | |
| Defendants.  )  | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>        REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Defendant Clark County District Attorney David Roger has filed an Emergency Request for Permission to Appear Telephonically at the Hearing Scheduled for May 14, 2009 (Doc. #32).  Good cause appearing,

   Defendant Clark County District Attorney David Roger's Emergency Request for Permission to Appear Telephonically at the Hearing Scheduled for May 14, 2009 (Doc. #32) is **GRANTED**.  Counsel shall contact the courtroom deputy, Jennifer Cotter, at (775) 686-5758, two days in advance of the hearing to advise her of the telephone number where she may be reached for the hearing.

   **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK
                                                                By:   /s/
                                                                         Deputy Clerk